IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-35-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    CARLSON TANN, JR.,**

        Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **February 17, 2010;** responses to these motions are due **February 26, 2010**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **March 19, 2010, at 2:00 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested.  It is

FURTHER ORDERED that a **3-day jury trial** is set for **March 29, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  February 1, 2010